1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOLLY RODEMS, an individual; LAYLA PECKLER, an individual; JENNIFER SMITH, an individual,<br><br>              Plaintiff,<br><br>       v.<br><br>CHICO'S FAS, INC., a California Corporation; and DOES 1-25, inclusive,<br><br>              Defendants. | **Case No.  1:16-cv-01711-AWI-EPG**<br><br>**ORDER TERMINATING DOES 1-25 AS DEFENDANTS**<br><br>(ECF No. 10) |

        On February 14, 2017, Plaintiff filed a notice dismissing DOES 1-25 without prejudice. (ECF No. 10.)  No court order was required under Rule 41 to effectuate the dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Therefore, the Clerk of the Court is DIRECTED to terminate DOES 1-25 on the docket as defendants and the pending motion (ECF No. 10).

IT IS SO ORDERED.

    Dated:   **February 23, 2017**          /s/ *Erica P. Grosjean*
                                                    UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28